IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.      :    Criminal Action No. 05- 04 PO - MPT

CHARLES CEASER,

    Defendant.

## INFORMATION

The United States Attorney for the District of Delaware charges that:

### COUNT I

On or about August 11, 2005, in the State and District of Delaware, Charles Ceaser, the defendant, did knowingly and willfully obstruct the passage of the mail in violation of Title 18, United States Code, Section 1701.

 

COLM F. CONNOLLY
United States Attorney

BY: _____
Beth Moskow-Schnoll
Assistant United States Attorney

Dated: November 9, 2005



FILED

NOV 9 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE