AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     **DELAWARE**

UNITED STATES OF AMERICA
V.
CHARLES CEASER

**SUMMONS IN A CRIMINAL CASE**

Case Number:    05-04PO - MPT

NEWARK, DE 19702
(Name and Address of Defendant)



YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**J. Caleb Boggs Federal Building**<br>**844 North King Street**<br>**Wilmington, Delaware 19801** | Room<br>**Magistrate Ctrm # 6C, 6th Floor** |
|---|---|
| | Date and Time<br>11/23/05 @ 8:30 AM |
| Before:    Honorable Mary Pat Thynge, U.S. Magistrate Judge | |

\*\* Please report to the U.S. Marshal's Service in Room# 100 by 8:00 am

To answer a(n):   ☐ Indictment   X Information   ☐ Complaint   X Violation Notice   ☐ Probation Violation Petition

Charging you with a violation of Title   18   United States Code, Section(s)   1701  

Brief description of offense:

OBSTRUCTION OF MAIL - ( COUNT I )



FILED NOV 16 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

BY: _____ ; Deputy Clerk
Signature of Issuing Officer

Peter T. Dalleo; Clerk of Court
Name and Title of Issuing Officer

November 10, 2005 at Wilmington, DE
Date

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me | Date |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: _Via Cert mail_

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned  _11-15-05_
         Date

_DW Thomas_
Name of United States Marshal

_BT Rahey_
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.