

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

*Nemours Building*  (302) 573-6277
*1007 N. Orange Street, Suite 700*  *FAX (302) 573-6220*
*P.O. Box 2046*
*Wilmington, Delaware 19899-2046*

February 14, 2006

The Honorable Mary Pat Thynge
U.S. Magistrate Judge
U.S. District Court
844 King Street
Wilmington, DE 19801

Re:   **United States v. Charles Ceaser**
      **Case No. 05-po-4 (MPT)**

Dear Magistrate Judge Thynge:

   Eleni Kousoulis, attorney for the defendant, has informed me that her client accepts the Government's Memorandum of Plea Agreement. Therefore, the parties respectfully request that the Court schedule a guilty plea hearing. A copy of the proposed Memorandum of Plea Agreement is attached.

                                                    Respectfully submitted,

                                                    COLM F. CONNOLLY
                                                    United States Attorney

                                        BY:   _____/s/_____
                                              Beth Moskow-Schnoll
                                              Assistant United States Attorney

cc:   Eleni Kousoulis, Esq.
      Clerk, U.S. District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 05-po-4 (MPT) |
| CHARLES CEASER, | : |
| Defendant. | : |

## MEMORANDUM OF PLEA AGREEMENT

Pursuant to discussions between the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Beth Moskow-Schnoll, Assistant United States Attorney for the District of Delaware, and the defendant, Charles Ceaser, by and through his attorney, Eleni Kousoulis, Esquire, the following agreement is hereby entered into by the respective parties:

1. The defendant shall plead guilty to Count One of the Information. Count One charges the defendant with Obstruction of Mails, in violation of Title 18, United States Code, Section 1701, which carries a maximum penalty of six months imprisonment, a $5,000 fine, one year supervised release, and a mandatory special assessment of $10.

2. The defendant admits the following facts. At all times relevant to the Information, the defendant was employed by the United States Postal Service as a Full-time City Carrier in Wilmington, Delaware. On or about August 11, 2005, the defendant failed to deliver at least two letters that had been entrusted to him and stole the cash contents of one of those letters.

3. The defendant agrees to pay the $10 special assessment on the day of sentencing.

4. The defendant further agrees to pay restitution to the United States Postal Service as part of his sentence.

5. The defendant understands that, because he is charged with a Class B misdemeanor, pursuant to USSG § 1B1.9, the United States Sentencing Guidelines do not apply to the instant case. At sentencing, the Court must consider the factors enumerated in 18 U.S.C. §3553(a) in exercising its discretion to determine the appropriate sentence. The defendant recognizes that the Court is not bound by any stipulations or recommendations of the parties. The defendant agrees that he will not be allowed to withdraw his guilty plea because the Court imposes a sentence contrary to any stipulation of the parties or recommendation of his attorney.

6. The United States Attorney reserves the right to defend any ruling of the Sentencing Court should there be an appeal from this case.

7. It is further agreed by the undersigned parties that this Memorandum supersedes all prior promises, representations, and statements of the parties; that this Memorandum may be modified only in writing signed by all the parties; and, that any and all promises, representations, and statements made prior to or after this Memorandum are null and void and have no effect whatsoever.

COLM F. CONNOLLY
United States Attorney

By:_____

_____
Eleni Kousoulis, Esquire
Attorney for Defendant

Beth Moskow-Schnoll
Assistant United States Attorney

_____
Charles Ceaser
Defendant
Dated:

2

**AND NOW**, this _____ day of _____, 2006, the foregoing Memorandum of Plea Agreement is hereby (accepted) (rejected) by this Court.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Judge
District of Delaware